# EXHIBIT A

in **black** ink to fill in the spaces next to the instructions. *Both* must be completed. This summons <u>cannot</u> be used for divorce actions.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-------------------------------------------X

_Justin Marcel Jimenez_ ,

**[Your name(s)]**                    Plaintiff(s)

-against-

_Junius Real Estate, John Fraser, Rich Gomel_

**[Name(s) of party being sued]** Defendant(s)

-------------------------------------------X

**SUMMONS WITH NOTICE**

Index No.

_302725_ , _16_

Date Index No. purchased

_August 8_ , 20_16_

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: _August 8_ , 20_16_

**[Date of summons]**

_Justin Marcel Jimenez_

**[Sign your name(s)]**

_Justin Marcel Jimenez_

**[Print your name(s)]**

_99 Metropolitan Oval #9H_

_Bronx, New York, 10462_

_646-515-7003_

**[Your address(es) and telephone no.(s)]**

RECEIVED
16 AUG -8 AM 11:...
COUNTY CLERK
BRONX COUNTY

Defendant(s) _320 Park Avenue, 14th Floor, NY, NY 10022_

**[Address(es) of party being sued]**

<u>Notice</u>: The nature of this action is [**briefly describe the nature of your case against the defendant(s), such as, breach of contract, negligence**]:

I am filing a lawsuit against John Fraser and Junius Real Estate based on their discrimating business practices, having acted prejudiciously against me with regard to my race, religion, and income source. disability

I am also suing for their company acting as a monopoly.

The relief sought is [**briefly describe the kind of relief you are asking for, such as, money damages of $25,000**]  I am currently suing the company for $3 billion, to create housing situations with the goal of ending discrimination. I am seeking to develop affordable housing for people of all racial-socioeconomic backgrounds as well as housing for the disabled

Should defendant(s) fail to appear herein, judgment will be entered by default for the sum of ___$3 billion___ [**amount of money demanded**], with interest form the date of ___March 26, 2014___ [**date from which interest on the amount demanded is claimed**] and the costs of this action.

<u>Venue:</u>

Plaintiff(s) designate Bronx County as the place of trial. The basis of this designation is [**check box that applies**]:

☑ Plaintiff(s) residence in Bronx County

☐ Defendant(s) residence in Bronx County

☐ Other [See CPLR Article 5]: _____

STATE OF NEW YORK )

COUNTY OF Bronx    ) ss:

Justin Marcel Jimenez

_____ [your name],

being duly sworn, deposes and says: That I am the Plaintiff in this proceeding, that I have read
the foregoing complaint and know the contents thereof, that the same is true to my own
knowledge, except as to matters therein stated to be alleged on information and belief; and that as
to those matters I believe them to be true.

Justin Marcel Jimenez

_____

Plaintiff

[Sign your name before a Notary]

Justin Marcel Jimenez

_____

[Print your name]

Sworn to before me on the

____ day of July, 2016

_____

Notary Public

NOTARY JASON VANCE
PUBLIC, State of New York
No. 04VA6161022
Qualified in Bronx County
Commission Expires Feb. 4, 2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
JUSTIN MARCEL JIMENEZ                                 :        Index No. 302725/2016

                              Plaintiff,              :

                    - against -                       :        **NOTICE OF APPEARANCE
                                                               AND DEMAND FOR
JUNIUS REAL ESTATE, JOHN FRASER, and RICH            :        COMPLAINT**
GOMEL
                                                      :

                              Defendants.             :

-----------------------------------------------------------------------X

C O U N S E L O R S:

        PLEASE TAKE NOTICE that defendants J.P.Morgan Chase Bank, N.A., sued

herein as "Junius Real Estate", John Fraser, and Rich Gomel (collectively, "Defendants") hereby

appear in the above-entitled action, and that the undersigned have been retained as attorneys for

Defendants and demand that all papers in this action be served upon their office address stated

below.

        PLEASE TAKE FURTHER NOTICE that Defendants hereby demand, pursuant

to CPLR § 3012(b), that a copy of a Complaint be served on their attorneys at the address stated

below within 20 days after service of this demand.

Dated: New York, New York
August 29, 2016

                    SATTERLEE STEPHENS LLP

                    By: _____
                        James J. Coster
                        Michael H. Gibson
                    230 Park Avenue, Suite 1130
                    New York, New York 10169
                    (212) 818-9200
                    *Attorneys for Defendants*

2550925_1

TO:    Justin Marcel Jimenez
           99 Metropolitan Oval #9H
           Bronx, New York 10462

2550925_1

## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age and reside at 108 West 95th Street, Apartment 6-FE, New York, NY 10025.

2.     That on August 29, 2016 deponent served a true copy of the annexed Notice of Appearance and Demand for Complaint upon:

Justin Marcel Jimenez
99 Metropolitan Oval #9H
Bronx, New York  10462

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Pascual Guzman Jr.

Sworn to before me this
29th day of August 2016

Notary Public

JOY DIBIASO
Notary Public State of New York
No. 01DI6309283
Qualified in New York County
Commission Expires August 11, 2018

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF THE BRONX

--------------------------------------------------------------------------X

JUSTIN MARCEL JIMENEZ

                                           :     Index No. 302725/2016

                 Plaintiff,

                                           :

        -against-                             :          **COMPLAINT**

JUNIUS REAL ESTATE, JOHN FRASER, and RICH   :
GOMEL

                      Defendants.        :

--------------------------------------------------------------------------X

1. I, Justin M. Jimenez, and hereby initiating a lawsuit against Junius Real Estate Partners and their operating managers, John Fraser and Rich Gomel. I am suing the firm and its leaders for discrimination against me with regards to my race, religion, income source, and disability.

2. Junius Real Estate is an investment firm, built to collaborate with venture capitalists and other business entities in matters of real estate. I contacted Junius in hopes of seeking partnership with the firm, to help fund my own real estate projects, as I am a sick, disabled, and on a limited income looking to progress in the field.

3. At first, the company seemed polite, showing a sincere interest in aiding me and participating in a business deal. However, after presenting them with a proposal, including explanations of my Judeo-Christian intents to create a charitable sector, the company denied me any privileges. After receiving an email telling me they refused to help me, I visited the company to try to make amends. I was met by front desk security, who showed me a piece of paper with my name, Justin M. Jimenez, and a personal photograph of me. The paper said I was banned from the company. I could not help but feel racially discriminated against in this demeaning, segregating act.

4. I am suing Junius Real Estate, John Fraser, and Rich Gomel for their discriminating business practices. They treated me prejudiciously, discriminating against  me for my religious ideals, race, and disability. They actions were indeed illegal, as they are in violation of the Civil Rights Act of 1960.

5. I am also suing the company for acting as a monopoly. Their exponential access to capital (working under Chase Bank, a $1.1 trillion dollar company) gives them an unfair advantage in the real estate market. The company's propinquity against fostering partnerships and keeping down less-wealthy individuals, such as myself, is also evidence of its monopolous practice. For this reason, the company is, too, in violation of The Sherman Antitrust Act of 1890.

## REQUEST FOR RELIEF

6. I am seeking compensatory relief in the form $3 billion dollars for the firm's exercise of bad faith with regards to their discrimination and monopoly. I am going to use to the money to create my own start-up company and charity, geared toward creating affordable housing for those who are sick and impoverished. The company's goal will be to help end housing discrimination, affording individuals and families the opportunity to proper living regardless of their race, religion, and income level. I will also focus on creating housing situations for Section 8, as well as elderly and disabled individuals on SSI and SSD, people who often meet discrimination due to their socio-economic standing and illness.

7. I am requesting this large monetary amount is to cover the long-term expenses of the affordable housing building and homes, including property taxes and maintenance fees. Since affordable housing apartment buildings charge lower rents to aid the poor, they oftentimes operate at a deficit. I would need a lot of money to sustain these buildings, since they do not generate a profit.

8. In addition to creating the affordable housing properties, if my settlement is large enough, I will use some of the money to build a hospital or medical center. Having studied at a Medical School and received professional certifications in Medical Insurance Law, I want to give back to the community by creating a long-term care facility for the elderly, or an asthma treatment center for the youth. Part of the settlement money, then, would go to building and construction of this center, as well as to the yearly salaries of the doctors and nurses on staff. To keep in with the charitable nature, the center would offer free treatment, in

an even greater effort to help the poor and the sick.


Date: September 4, 2016


By: _Justin Marcel Jimenez_
Justin Marcel Jimenez
99 Metropolitan Oval #9H
Bronx, New York, 10462


TO: James J. Coster, Michael H. Gibson
230 Park Avenue, Suite 1130
New York, New York, 10169


Date of Incident: March 26, 2014
(within Statute of Limitations)